WRIT NUMBER: _____

Martin T. Franco, Jr.,
Apellant-pro se,

-Against-

THE STATE of TEXAS

23,953-71

WR-23,953-71

Notice is hereby given that Martin T. Franco, Jr., Apellant-pro se in the above-entitled matter, appeals to the United Texas Court of Criminal Appeals for the 33rd District Court-Llano County, Texas from the clerk's denial without written order of my application for habeas Corpus relief entered in this action on 12/17/2014.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 0 8 2015

Abel Acosta, Clerk

December 29, 2014

Martin T. Franco, Jr.
T.D.C.J.-I.D. 490569
W.F. Ramsey Unit
1100 F.M. 655 RD.
Rosharon, Texas 77583

Martin T. Franco, Jr.,
    Appellant - Pro Se,

- Against -

THE State of Texas

TEXAS COURT OF
CRIMINAL APPEALS

————

BRIEF OF APPELL-
ant

WA-23,993-71

    The clerk of the Texas Court of Criminal Appeals refused the procedural process to the application for habeas corpus relief submitted to the Court of conviction - 33rd District, Llano County, Texas - on 12/17/2014, for a reason that appears to be a mere pretext because the clerk's statement is not true.

STATEMENT OF THE CASE

A. Statement of Proceedings

    There is No Appeal from the refusal to issue a writ of habeas Corpus. Ex parte Hargett, 819 S.W. 2d 866, 868 (Tex. Crim. App. 1991); Ex parte Noe, 646 S.W. 2d 230, 231 (Tex. Crim. App. 1983). However, when a hearing is held on the merits of an applicant's claim and the Court

subsequently rules on the merits of that claim, the losing party may appeal. Ex parte Hargett, 819 S.W. 2d at 868 (Tex. Crim. App. 1991); Ex parte Martell, 901 S.W. 2d 754 (App. Dist. 4 (1995)

B. Statement of Facts

The clerk appears to pretexted this Court's Abuse of the Writ ORDER of 09/15/2004. The reason being because I did do what the Court required in not only that Court ORDER, but as well as article 11.07 sec. 4 (a)-(1). A claim that parole or other form of administrative release has been unlawfully revoked must be brought to the attention of the convicting Court under Article 11.07, V.A.C.C.P., Ex parte Henson, 731 S.W. 2d 97 (Tex. Cr. App. 1987).

## Summary of Argument

Texas district courts share responsibility with federal courts to protect rights of state prisoner under federal constitution. Stopp v. Beto, 398 F. 2d 814 (Tex. 1968).

## Relief Requested

For the foregoing reasons, the reconsideration of Habeas Corpus Relief should be processed and the application should be considered by this Court's Justice thereof.

December 29, 2014

Martin T. Franca, Jr.
T.D.C.J.-I.D. 490569
W.F. Ramsey Unit
1100 F.M. 655 RD.
Roshanon, Texas 77583

I, Martin T. Franca, Jr., T.D.C.J.-I.D. 490569, being presently incarcerated in W.F. Ramsey Unit in Brazoria County, Texas declares under penalty of perjury that the foregoing is true and correct. Executed on 12-29-14. (T.C.P.&R.C. sec. 133.-003).

*Martin T. Franca, Jr.*

° copy to °:

Wiley B. McAfee, District Attorney
P.O. Box 725; Llano-Texas 78643

WRIT NUMBER: _____                          COPY

Martin T. Franco, Jr.,                    TEXAS COURT OF
        Apellant-pro se,                  CRIMINAL APPEALS

                                          _____

-Against-
                                          LATE-NOTICE OF
THE STATE of TEXAS                        APPEAL

WR-23,953-71

   Notice is hereby given that Martin T. Franco, Jr., Apellant-pro se in the above-entitled matter, appeals to the United Texas Court of Criminal Appeals for the 33rd District Court-Llano County, Texas from the clerk's denial without written order of my application for habeas Corpus relief entered in this action on 12/17/2014.

                              December 29, 2014

                              Martin T. Franco, Jr.
                              T.D.C.J.-I.D. 490569
                              W.F. Ramsey Unit
                              1100 F.M. 655 RD.
                              Rosharon, Texas 77583

Martin T. Franco, Jr.,
    Apellant - Pro Se,

- Against -

THE State of Texas

TEXAS COURT OF
CRIMINAL APPEALS

BRIEF OF Appell-
ant

WA-23,953-71

    The clerk of the Texas Court of CRIMINAL APPEALs refused the procedural process to the application for habeas corpus relief submitted to the Court of conviction - 33rd District, Llano County, Texas - on 12/17/2014, for a reason that appears to be a mere pretext because the clerk's statement is not true.

STATEMENT OF THE CASE

  A. Statement of proceedings

    There is No Appeal from the refusal to issue a writ of habeas Corpus. Ex parte Hargett, 819 S.W. 2d 866, 868 (Tex. CRIM. App. 1991); Ex parte Noe, 646 S.W. 2d 230, 231 (Tex. CRIM. App. 1983). However, when a hearing is held on the merits of an applicant's claim and the Court

subsequently rules on the merits of that claim, the losing party may appeal. Ex parte Hargett, 819 S.W. 2d at 868 (Tex. Crim. App. 1991); Ex parte Martell, 901 S.W. 2d 754 (App. Dist. 4. 1995)

## B. Statement of Facts

The clerk appears to pretexted this Court's Abuse of the Writ Order of 09/15/2004. The reason being because I did do what the Court required in not only that Court Order, but as well as article 11.07 sec. 4 (a)-(1). A claim that parole or other form of administrative release has been unlawfully revoked must be brought to the attention of the convicting Court under Article 11.07, V.A.C.C.P., Ex parte Henson, 731 S.W. 2d 97 (Tex. CR. App. 1987).

## Summary of Argument

Texas district courts share responsibility with federal courts to protect rights of state prisoner under federal constitution. Stopp v. Beto, 398 F. 2d 814 (Tex. 1968).

## Relief Requested

For the foregoing reasons, the reconsideration of Habeas corpus Relief should be processed and the application should be considered by this Court's Justice thereof.

December 29, 2014

Martin T. Franco, Jr.
T.D.C.J. - I.D. 490569
W.F. Ramsey Unit
1100 F.M. 655 RD.
Roshanon, Texas 77583

I, Martin T. Franco, Jr., T.D.C.J.-I.D. 490569, being presently incarcerated in W.F. Ramsey Unit in Brazoria County, Texas declares under penalty of perjury that the foregoing is true and correct. Executed on 12-29-14. (T.Cp.;R.C. sec. 133.-003).

Martin T. Franco Jr.

• copy To:

Wiley B. McAfee, District Attorney
P.O. Box 725; Llano-Texas 78643

WRIT NUMBER: _____                COPY

Martin T. Franco, Jr.,
        Apellant-pro Se,

-Against-

THE STATE of TEXAS

TEXAS COURT OF

CRIMINAL APPEALS
————
LATE-NOTICE OF

APPEAL

WR-23,953-71

Notice is hereby given that Martin T. Franco, Jr., Apellant-pro Se in the above-entitled Matter, appeals to the United Texas Court of Criminal Appeals for the 33rd District Court, Llano County, Texas from the Clerk's denial without written order of My application for habeas Corpus relief entered on this action on 12/17/2014.

December 29, 2014

Martin T. Franco, Jr.
T.D.C.J.-I.D. 440569
W.F. Ramsey Unit
1100 F.M. 655 RD.
Roshanon, Texas 77583

Martin T. Franco, Jr.,
     Apellant - Pro Se,

- Against -

THE State of Texas

WA-23,993-71

The clerk of the Texas Court of Criminal Appeals refused the procedural process to the application for habeas corpus relief submitted to the Court of conviction - 33rd District, Llano County, Texas - on 12/17/2014, for a reason that appears to be a mere pretext because the clerk's statement is not true.

STATEMENT OF THE CASE

A. Statement of Proceedings

There is No Appeal from the refusal to issue a writ of habeas Corpus. Ex parte Hargett, 819 S.W. 2d 866, 868 (Tex. CRIM. App. 1991); Ex parte Noe, 646 S.W. 2d 230, 231 (Tex. CRIM. App. 1983). However, when a hearing is held on the merits of an applicant's claim and the Court

subsequently rules on the Merits of that claim, the losing party May appeal. Ex parte Hargett, 819 s.w. 2d at 868 (Tex. CRIM. APP. 1991); Ex parte Martell, 901 s.w. 2d 754 (App. DIST. 4 1995)

### B. Statement of Facts

The clerk appears to protexted this Court's Abuse of the Writ ORDER of 09/15/2004. The reason being be cause I did do what the Court required in Not only that Court ORDER, but as well as article 11.07 sec. 4 (a)-(1). A claim that parole or other form of administrative release has been unlawfully revoked must be brought to the attention of the convicting Court under Article 11.07, V.A.C.C.P.,. Ex parte Henson, 731 s.w. 2d 97 (Tex. CR. APP. 1987).

### Summary of Argument

Texas district courts share responsibility with federal courts to protect rights of state prisoner under federal constitution. STopp v. Beto, 398 F. 2d 814 (Tex. 1968).

### Relief Requested

For the foregoing reasons, the reconsideration of Habeas Corpus Relief should be processed and the application should be considered by this Court's Justice thereof.

December 29, 2014

Martin T. Franco, Jr.
T.D.C.J.-ID. 490569
W.F. Ramsey Unit
1100 F.M. 655 RD.
Rosharon, Texas 77583

I, Martin T. Franco, Jr., T.D.C.J.-I.D. 490569, being presently incarcerated in W.F. Ramsey Unit in Brazoria County, Texas declares under penalty of perjury that the foregoing is true and correct. Executed on 12-29-14. (T.C.P. & R.C. sec. 133.-003).

Martin T. Franco, Jr.

∘ copy To :

Wiley B. McAfee, District Attorney
P.O. Box 725; Llano-Texas 78643